**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1665**

———————

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

ALEXANDRIA SHERRIFF'S DEPARTMENT; EDWARD J.
PROKOP, Chief Deputy; JOHN KAPETANIS,
Sergeant; GEORGE GRAY, Deputy; DARREN HINZMAN,
Deputy,

Defendants - Appellees.

———————

**No. 02-1666**

———————

DARRYL ALLMOND,

Plaintiff - Appellant,

versus

ALEXANDRIA SHERRIFF'S DEPARTMENT; EDWARD J.
PROKOP, Chief Deputy; JOHN KAPETANIS,
Sargeant; GEORGE GRAY, Deputy; DARREN HINZMAN,
Deputy,

Defendants - Appellees.

No. 02-1827

DARRYL ALLMOND,

                                        Plaintiff - Appellant,

            versus

ALEXANDRIA SHERIFF'S DEPARTMENT; EDWARD J.
PROKOP, Chief Deputy; JOHN KAPETANIS,
Sargeant; GEORGE A. GRAY, Deputy; DARREN
HINZMAN, Deputy,

                                        Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, District
Judge.  (CA-02-309-A)

Submitted:  October 10, 2002        Decided:  October 16, 2002

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darryl Allmond, Appellant Pro Se.  Christina Elaine Kearney,
SHUFORD, RUBIN & GIBNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Darryl Allmond appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Allmond v. Alexandria Sherriff's Dep't, No. CA-02-309-A (E.D. Va. filed June 4, 2002 & entered June 10, 2002; June 7 & July 11, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED